**Electronically Filed
Supreme Court
SCPW-21-0000592
27-DEC-2021
11:04 AM
Dkt. 4 ODDP**

SCPW-21-0000592

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

CHRIS SLAVICK, Petitioner

vs.

HALAWA CORRECTIONAL FACILITY ADMINISTRATIVE STAFF; GARY KAPLAN;
JAN MOLINA; LYLE ANTONIO; SCOTT HARRINGTON; ALICIA TORRES;
MONICA CHUN; and CALVIN MOCK, Respondents.

---

ORIGINAL PROCEEDING
(CASE NO. 1PC041001534; CAAP-20-0000076)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the petition for writ of mandamus filed by petitioner Christopher Lee Slavick, it appears that, based on the information presented, petitioner fails to demonstrate a clear and indisputable right to the requested relief or that respondents are refusing to perform a clear and precise duty that is owed to petitioner. Petitioner, therefore, is not entitled to an extraordinary writ. See Kema v. Gaddis, 91 Hawai'i 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack

of alternative means to redress adequately the alleged wrong or obtain the requested action); <u>Barnett v. Broderick</u>, 84 Hawaiʻi 109, 111, 929 P.2d 1359, 1361 (1996) (mandamus relief is available to compel an official to perform a duty allegedly owed to an individual only if the individual's claim is clear and certain, the official's duty is ministerial and so plainly prescribed as to be free from doubt, and no other remedy is available).  Accordingly,

It is ordered that the petition for writ of mandamus is denied.

It is further ordered that the clerk of the appellate court shall process the petition for writ of mandamus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, December 27, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

